# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## ATTORNEYS AT LAW

CALIFORNIA   •   NEW YORK   •   NEW JERSEY

NANCY WAWRZYNIAK
nancyw@blbglaw.com
(858) 720-3187

January 9, 2004

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:     <u>Alliance - U.S. District Court, District of New Jersey</u>

              <u>Pending before Judge Harold A. Ackerman:</u>

1. *Jee v. Alliance Capital Management Holdings, L.P., et al.;* In the United States District Court for the District of New Jersey, Newark Division; 03-cv-4895;

              <u>Pending before Judge Katharine S. Hayden:</u>

2. *Steinberg v. AllianceBernstein Growth & Income Fund, et al.;* In the United States District Court for the District of New Jersey, Newark Division; 03-cv-5045;

              <u>Pending before Judge Joseph A. Greenaway, Jr.:</u>

3. *Goldfarb v. AllianceBernstein Growth & Income Fund, et al.;* In the United States District Court for the District of New Jersey, Newark Division; 03-cv-4962;

              <u>Pending before Judge Faith S. Hochberg:</u>

4. *Pfeiffer v. Alliance Capital Management, L.P., et al.;* In the United States District Court for the District of New Jersey, Newark Division; 03-cv-4724; and

5. *Logue v. Calvert, et al.;* In the United States District Court for the District of New Jersey, Newark Division; 03-cv-5500.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Clerk of the Court
January 9, 2004
Page 2

---

In our letter to the Court dated December 23, 2003, a copy of which is attached hereto, we inadvertently sent an incomplete copy of Exhibit A to the following:

- ADDENDUM OF EXHIBITS IN SUPPORT OF MOTION AND MEMORANDUM OF LAW OF THE CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN FOR TRANSFER AND CENTRALIZATION OF ALL MUTUAL FUND LITIGATION PURSUANT TO 28 U.S.C. § 1407

Accordingly, we are enclosing 5 courtesy copies of Exhibit A for your records. We apologize for any inconvenience.

Please feel free to call me if you should have any questions regarding the enclosed.

> Very truly yours,
> BERNSTEIN LITOWITZ BERGER
> & GROSSMANN, LLP
>
> *Nancy Wawrzyniak*
> Nancy Wawrzyniak
> Paralegal

NW/jmi
Enclosures

ODMA\PCDOCS\BLBGCA\12771\1

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## ATTORNEYS AT LAW

CALIFORNIA • NEW YORK • NEW JERSEY

TIMOTHY A. DeLANGE
timothyd@blbglaw.com
(858) 720-3186

January 9, 2004

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, N.E., Rm. G-255, North Lobby
Washington, D.C. 20002-8004

Re:   MDL 1586 – In re Mutual Funds Investment Litigation

Dear Clerk of the Panel:

In our December 23, 2003 Interested Party Response filed in the above-entitled action and MDL Docket Nos. 1576, 1577, 1582, 1585, 1590 and 1591, we inadvertently attached an incomplete copy of Exhibit A, Schedule of Actions, which was attached to the following:

ADDENDUM OF EXHIBITS IN SUPPORT OF MOTION AND MEMORANDUM OF LAW OF THE CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN FOR TRANSFER AND CENTRALIZATION OF ALL MUTUAL FUND LITIGATION PURSUANT TO 28 U.S.C. § 1407

The Panel received copies of Exhibit A with only 44 pages. The complete copy of Exhibit A contains 101 pages.

In lieu of filing this corrected copy of Exhibit A in all 7 MDL proceedings, we are filing the enclosed Exhibit A under MDL Docket No. 1586, In re Mutual Funds Investment Litigation, and serving the Panel and Supplemental Service List in each of the MDL Dockets referenced above.

We apologize for any inconvenience. If you have any questions, please call me direct at (858) 720-3186. Thank you.

Respectfully submitted,

Timothy A. DeLange

TAD/jmi
Enclosure
::ODMA\PCDOCS\blbgca\12759\1

12544 HIGH BLUFF DRIVE • SUITE 150 • SAN DIEGO • CA 92130-2076
TELEPHONE: 858-793-0070 • www.blbglaw.com • FACSIMILE: 858-793-0323

CV-03-5500

## CERTIFICATE OF SERVICE

I, Nancy Wawrzyniak, hereby certify that on January 9, 2004, I caused copies of the foregoing documents *1) LETTER TO THE PANEL DATED JANUARY 9, 2004; AND 2) EXHIBIT A, SCHEDULE OF ACTIONS* to be served by U.S. mail upon counsel for all parties in this case as designated on 1) the attached Service Lists from the Clerk of the Panel; and 2) the attached Supplemental Service List which includes the district courts in which the actions affected by the foregoing document is pending.

_Nancy Wawrzyniak_
NANCY WAWRZYNIAK